### Noah SMITH, Appellant,

v.

### RECONDITIONED APPLIANCES, Respondent.

### ED 105433

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: October 17, 2017

Noah Smith, 3431 Pestalozzi Street, St. Louis, MO 63118, pro se.

Reconditioned Appliances, c/o Bill Johnson, 701 N. Belt W, Swansea, IL 62226, pro se.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

### ORDER

PER CURIAM.

After a bench trial, Noah Smith appeals the judgment in his favor awarding $500 in damages against Reconditioned Appliances. Appellant contests the trial court erred by: (I) improperly applying the wrong measure of damages; (II) failing to award consequential and incidental damages; (III) failing to find Respondent liable for the damage allegedly caused by Respondent; and (IV) failing to submit his cause to a jury. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).